450 F.2d 880
 Ralph STELL et al., Plaintiffs-Appellees, United States of
America, Plaintiff-Intervenor-Appellee,
v.
The BOARD OF PUBLIC EDUCATION for the CITY OF SAVANNAH and
COUNTY OF CHATHAM, Defendants, Darnell Brawner et
al., Defendants-Intervenors-Appellants.
 No. 71-2927.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 8, 1971.
 
 Owen Page, Savannah, Ga., for intervenors-appellants.
 Bobby L. Hill, E. H. Gadsden, Savannah, Ga., Norman J. Chachkin, New York City, for plaintiffs-appellees.
 Martin Buckley, David L. Norman, Civil Rights Div., U. S. Dept. of Justice, Washington, D. C., for intervenor-appellee.
 Malcolm Maclean, Arnold C. Young, Charles A. Edwards, Savannah, Ga., Brian K. Landsberg, U. S. Dept. of Justice, Civil Rights Div., Washington, D. C., for other interested parties.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The District Court's order of August 31, 1971 is affirmed.